```
            UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                          10-cr-155-01-JL

<u>Howard Bishop</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 43 ) filed by defendant is granted. Final Pretrial is rescheduled to January 19, 2011 at 11:00 a.m.  Trial is continued to the two-week period beginning February 1, 2011, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                   /s/ Joseph N. Laplante
                                                   Joseph N. Laplante
                                                   United States District Judge

Date:  November 14, 2010

cc:   Jeffrey S. Levin, Esq.
      Robert J. Veiga, Esq.
      U.S. Marshal
      U.S. Probation