UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                    Criminal No. 10-cr-155-01-JL

Howard Bishop

O R D E R

The assented to motion to reschedule jury trial (document no. 46 ) filed by defendant is granted. No further continuances without a hearing. Final Pretrial is rescheduled to March 24, 2011 at 11:00; Trial is continued to the two-week period beginning April 5, 2011, 09:30.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date: January 14, 2011

cc:  Jeff Levin, AFD
     Robert J. Veiga, AUSA
     U.S. Marshal
     U.S. Probation